**ORDERED SEALED BY COURT** ~~unsealed 1/17/08~~

```
KAREN P. HEWITT
United States Attorney
FRED SHEPPARD
Assistant U.S. Attorney
California State Bar No. 118598
United States Courthouse
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7176
fred.sheppard@usdoj.gov

Attorneys for Plaintiff
United States of America
```

FILED
2007 DEC 18  PM 4:53

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of the Complaint for )   Case No. '07 MJ 2931
)
ISAAC RAMIREZ-MARQUEZ            )   **ORDER SEALING COMPLAINT AND ARREST WARRANT**
)
)

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, that is, a continuing criminal investigation,

IT IS HEREBY ORDERED that the arrest warrants, complaint and Affidavit in support of the captioned matter, and this order be sealed until further order of this Court.

DATED: December 18, 2007.

_/s/ W. McCurine Jr._
WILLIAM McCURINE, Jr
United States Magistrate Judge

Presented by:

KAREN P. HEWITT
United States Attorney

_/s/ Fred Sheppard_
FRED SHEPPARD
Assistant U.S. Attorney