1  KAREN P. HEWITT
   United States Attorney
2  FRED SHEPPARD
   Assistant U.S. Attorney
3  California State Bar No. 118598
   United States Courthouse
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-7176

6  Attorneys for Plaintiff
   United States of America
7

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   Case No.07CR2931 WMC
                                     )
12              Plaintiff,           )
                                     )   **ORDER UNSEALING COMPLAINT**
13         v.                        )   **AND ARREST WARRANT**
                                     )
14                                   )
    ISAAC RAMIREZ-MARQUEZ,           )
15                                   )
                Defendant.           )
16  _____ )

17

18      Upon motion of the UNITED STATES OF AMERICA and good cause

19  appearing, that is, the defendant having been located in state

20  custody,

21      IT IS HEREBY ORDERED that the arrest warrant, complaint, and this

22  order be unsealed.

23      DATED: January 17, 2008.

24

25  _____
    WILLIAM McCURINE, Jr.
    United States Magistrate Judge
26  Presented by:

27  KAREN P. HEWITT
    United States Attorney
28

    _____
    FRED SHEPPARD
    Assistant U.S. Attorney